UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
: 
JAMES SKORHEIM as Litigation Trustee for The FCH
Litigation Trust,
                       Plaintiff,

           - against -

THE BLACKSTONE GROUP, L.P., and PROVIDENCE
EQUITY PARTNERS, INC.,

                     Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/12

Index. No. 11-mc-00342 (Part 1)

**STIPULATION OF
DISCONTINUANCE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action be and the same hereby is discontinued without costs or attorney's fees to any party against the other. This stipulation may be executed in counterparts, a photocopy or a scanned PDF of the stipulation is deemed an original for all purposes, and facsimile, electronic, or scanned signatures may be submitted to the Court in lieu of original signatures.

Dated: New York, New York
         April 26, 2012

**INGRAM YUZEK GAINEN CARROLL &**
**BERTOLOTTI, LLP**

By: _____
     David G. Ebert
     Caitlin L. Bronner

*Attorneys for Plaintiff*
250 Park Avenue
New York, New York 10177
Tel: (212) 907-9600

**WEIL, GOTSHAL & MANGES LLP**

By: _____
     Richard W. Slack
     Paul A. Ferillo
     Jared B. Foley

*Attorneys for Defendants*
767 Fifth Avenue,
New York, New York 10153
Tel: (212) 310-8000

407921_1/03320-0001